UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BALL HOMES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-CV-18-JRG-HBG |
| | ) | |
| CHARLES E. BYRD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw as Counsel for Defendants [Doc. 20], filed by Attorney Carole L. Worthington. The Motion states that Attorney Heather Anderson and the firm of Bernstein, Stair and McAdams LLP will remain as counsel of record for Defendants.

Because continuity of counsel is ensured, the Court finds the Motion to Withdraw as Counsel for Defendants **[Doc. 20]** well taken, and it is **GRANTED**. *See also* E.D. Tenn. L.R. 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal."). Attorney Carole Worthington is **RELIEVED** of her duties as counsel in this matter, and Attorney Heather Anderson will remain as counsel of record for Defendants.

**IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge